IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. WILSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION NO.   3:04-1306 |
| : | (JUDGE KOSIK) |
| PENNSYLVANIA BOARD OF : | |
| PROBATION AND PAROLE : | |
| : | |
| Defendants. : | |

## **ORDER**

AND NOW, this 19th day of MAY, 2006, IT IS HEREBY ORDERED THAT:

Plaintiff's "Petition For Rule 60(b)" (Doc. 45) is **denied** for the reasons set forth in our Memorandum and Order dated February 14, 2005.  (Doc. 42).

                                        s/Edwin M. Kosik
                                        United States District Judge